1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES W. CAMPBELL,                        1:09-cv-02003-BAK-GSA  (HC)

12              Petitioner,
                                               ORDER DENYING MOTION FOR
13        vs.                                  APPOINTMENT OF COUNSEL

14   FRANCISCO JACQUEZ,
                                               (DOCUMENT #3)
15              Respondent.

16   _____/

17        Petitioner has requested the appointment of counsel.  (Doc. 3).  There currently exists no

18   absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258

19   F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th

20   Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the

21   appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule

22   8(c), Rules Governing Section 2254 Cases.  In the present case, the court does not find that the

23   interests of justice require the appointment of counsel at the present time.  Accordingly, IT IS

24   HEREBY ORDERED that petitioner's request for appointment of counsel (Doc. 3), is DENIED.

25

26        IT IS SO ORDERED.

27   Dated:   **November 24, 2009**            _____/s/ **Gary S. Austin**_____
                                               UNITED STATES MAGISTRATE JUDGE
28