IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES W. CAMPBELL,

    Petitioner,                   No. CIV S-10-0114 FCD DAD P

    vs.

FRANCISCO JACQUEZ,

    Respondent.                ORDER TO SHOW CAUSE

                                /

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 15, 2010, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's March 15, 2010 motion to dismiss should not be granted.

DATED: May 3, 2010.

                                                                         DALE A. DROZD
                                                                         UNITED STATES MAGISTRATE JUDGE

DAD:4
camp0114.46hab

1