IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES W. CAMPBELL,

    Petitioner,　　　　　　　　No. 2:10-cv-00114-GEB-DAD P

  vs.

FRANCISCO JACQUEZ, et al.,

    Respondents.　　　　　　　　ORDER

_____/

    By order filed on November 7, 2012, the undersigned appointed the Federal Defender to represent petitioner. On November 27, 2012, the Federal Defender filed a request for substitution of counsel. Accordingly, IT IS HEREBY ORDERED that:

    1. The request for substitution of counsel (Doc. No. 42), filed on November 27, 2012, is granted; and

    2. Mark Eibert, Attorney at Law, is substituted as appointed counsel for petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: November 28, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
camp114.subatty

1