IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES W. CAMPBELL,

    Petitioner,               No.  2:10-cv-00114 GEB DAD P

    vs.

FRANCISCO JACQUEZ, et al.,

    Respondents.             ORDER

_____/

        Counsel for petitioner has filed a third request for an extension of time to file and serve a status report  and to re-set the status conference in this action.  Respondents do not oppose this request.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 15, 2013 motion for an extension of time and to continue the status conference (Doc. No. 48) is granted;

        2. Petitioner's appointed counsel shall have until April 22, 2013 to file the status report as required by the court's order filed on November 7, 2012; and

/////

/////

/////

/////

1

3.  The status conference currently set for March 8, 2013 is vacated and re-set for May 10, 2013 at 10:00 a.m. before the undersigned.

DATED: February 20, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
camp114.111status2