1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES W. CAMPBELL,

11          Petitioner,                    No.  2:10-cv-00114 GEB DAD P

12      vs.

13   FRANCISCO JACQUEZ, et al.,

14          Respondents.                   ORDER

15   _____/

16          Counsel for petitioner has filed a third request for an extension of time to file and

17   serve a status report  and to re-set the status conference in this action.  Respondents do not

18   oppose this request.  Good cause appearing, IT IS HEREBY ORDERED that:

19          1.  Petitioner's February 15, 2013 motion for an extension of time and to continue

20   the status conference (Doc. No. 48) is granted;

21          2.  Petitioner's appointed counsel shall have until April 22, 2013 to file the status

22   report as required by the court's order filed on November 7, 2012; and

23   /////

24   /////

25   /////

26   /////

                                              1

1        3.  The status conference currently set for March 8, 2013 is vacated and re-set for

2   May 10, 2013 at 10:00 a.m. before the undersigned.

3   DATED: February 20, 2013.

4

5                                                        _____

6                                                        DALE A. DROZD
                                                         UNITED STATES MAGISTRATE JUDGE

7   DAD:4
    camp114.111status2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26