IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES W. CAMPBELL,

    Petitioner,                    No. 2:10-cv-00114 TLN DAD P

    vs.

FRANCISCO JACQUEZ, et al.,

    Respondents.                <u>ORDER</u>

_____/

        This matter came before the court on May 10, 2013, for a status conference. Mark Eibert appeared telephonically on behalf of petitioner James Campbell, and Justain Riley appeared telephonically on behalf of respondents.

        Upon consideration of the petitioner's status report and the parties' comments during the hearing, a schedule was set for the filing of petitioner's fourth amended petition and respondents' response.

        Accordingly, IT IS HEREBY ORDERED that:

        1. On or before July 12, 2013, petitioner shall file and serve a fourth amended petition for a writ of habeas corpus which shall not contain any claims other than the five exhausted claims presented by petitioner to the state courts on direct appeal;

/////

2. Respondents' response to the fourth amended petition shall be filed and served on or before August 12, 2013;

3. If the response is an answer, petitioner's reply shall be filed and served within thirty days after service of the answer on petitioner;

4. If respondents' response is a motion, the motion shall be noticed for hearing on the undersigned's law and motion calendar with briefing by the parties as set forth in Local Rule 230; and

5. It is confirmed that the court has appointed counsel to represent petitioner for all purposes in connection with this federal habeas proceeding.

DATED: May 10, 2013.

DAD:4
camp114.oah

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE